Judge Pauley,



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHINA SHIPPING (HK) MARINE CO. LTD.,

              Plaintiff,

- against -

AGRENCO MADEIRA COMERICO
INTERNACIONAL LDA,

              Defendant.

-----------------------------------------------------------------X

**DISCLOSURE OF
INTERESTED PARTIES
PURSUANT TO
FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly

held corporation(s) that own(s) 10% or more of its stock: None.

Dated: July 8, 2008
     New York, NY

                        The Plaintiff,
                        CHINA SHIPPING (HK) MARINE CO. LTD.

                        By:

                          Kevin J. Lennon
                        Nancy R. Peterson (Siegel)

                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 - fax
                        kjl@lenmur.com
                        nrs@lenmur.com