UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHINA SHIPPING (HK) MARINE CO. LTD.,                  :
                                                      :
                              Plaintiff,              :
                                                      :
            - against -                               :
                                                      :
AGRENCO MADEIRA COMERICO                              :
INTERNACIONAL LDA,                                    :
                                                      :
                              Defendant.              :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 07-09 08

08 CV

ECF CASE

ORDER APPOINTING
SPECIAL PROCESS
SERVER PURSUANT
TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on July 8, 2008,

and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson

(Siegel), Colleen McEvoy, Anne C. LeVasseur or any other partner, associate, paralegal or agent

of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby,

appointed, in addition to the United States Marshal, to serve the Process of Attachment and

Garnishment and the Verified Complaint, together with any interrogatories, upon the

garnishee(s), together with any other garnishee(s) who (based upon information developed

subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
          July 8, 2008

                                          _____
                                                        U.S.D.J.