UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SOUTHERN SHIPPING MANAGEMENT CO. LTD.,

        Plaintiff,

- against -

AGRENCO MADEIRA COMERICO
INTERNACIONAL LDA,

        Defendant.
------------------------------------------------------------X

08 CV 6194 (WHP)

ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

*The Clerk of Court is directed to mark this case closed.*

Dated: New York, NY
July 17, 2008

The Plaintiff,
SOUTHERN SHIPPING MANAGAMENT CO. LTD.

By: /s/ Kevin J. Lennon
Kevin J. Lennon
Nancy R. Siegel

LENNON, MURPHY & LENNON, LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile
kjl@lenmur.com
nrs@lenmur.com

SO ORDERED:

_____
U.S.D.J.
7/21/2008